No. 05-5179. HICKS v. WILSON. C. A. 5th Cir. Certiorari denied.

No. 05-5180. BRANCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05-5181. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05-5182. SALES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05-5184. ROELLE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 05-5185. MARTINEZ GARCIA v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 05-5186. GUTIERREZ-RAMIREZ, AKA VACA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-5188. GUIDRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-5189. JONES v. LEAVITT ET AL. C. A. 3d Cir. Certiorari denied.

No. 05-5191. WALSH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5192. TURNER v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05-5193. WILBORN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05-5196. TAYLOR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 05-5198. PENWELL v. INDIANA. Ct. App. Ind. Certiorari denied.